```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


WILLIAM BROWN,                        )
                                      )
          Plaintiff,                  )
                                      )
     vs.                              )    Case No. 4:07CV1668-DJS
                                      )
GARLICH PRINTING COMPANY and          )
CONCENTRA MEDICAL SERVICES,           )
                                      )
          Defendants.                 )
```

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that all claims asserted in plaintiff William Brown's complaint are dismissed with prejudice.

Dated this __7th__ day of April, 2008.

              /s/Donald J. Stohr
              UNITED STATES DISTRICT JUDGE